UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH K. SHELTON,

                            Petitioner,

-against-

FCI OTISVILLE, BUREAU OF PRISONS;
SIA SUSSNEY; SIS CLEMMONS; OTHERS;
DEPARTMENT OF JUSTICE EMPLOYEES,
*Mailroom*,

                            Respondents.

19-CV-9116 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 4, 2019, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 filing fee. *See* 28 U.S.C. §§ 1914, 1915.

Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 4, 2019
           New York, New York

                                                    COLLEEN McMAHON
                                               Chief United States District Judge